## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| VOLKSWAGEN AG, a German Corporation and VOLKSWAGEN of AMERICA, INC., a New Jersey corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>HAUTE DIGGITY DOG, LLC, a Nevada limited liability company,<br><br>        Defendant. | HONORABLE  DENISE PAGE HOOD<br><br><br>CIVIL ACTION NO. 2:06-cv-12176 |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Volkswagen AG and Volkswagen of America, Inc. (collectively "Volkswagen") and defendant Haute Diggity Dog, LLC ("HDD") hereby stipulate and consent to the dismissal with prejudice of this matter, and that this matter may be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Based upon the stipulation and consent of the parties, the Court hereby orders that this matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: <u>July 25, 2006   </u>


<u>s DENISE PAGE HOOD                          </u>
United States District Judge

**SO STIPULATED NOTICE OF ENTRY WAIVED:**

DATED this 20th day of July 2006

<u>**s/Edward C. Cutlip, Jr.**</u>
Edward C. Cutlip, Jr. (P35836)
Attorneys for Plaintiffs
500 Woodward Avenue, Suite 2500
Detroit, Michigan  48226-3406
(313) 961-0200

Co-Counsel
Gregory D. Phillips
Scott R. Ryther
Thomas R. Lee, Of Counsel
HOWARD, PHILLIPS & ANDERSEN
560 E. 200 South, Suite 300
Salt Lake City, Utah  84102
801-366-7471

*Attorneys for Volkswagen AG and Volkswagen of America, Inc.*

<u>**s/Robert M. Mason**</u>
Anthony P. Cho (P46910)
Attorneys for Defendant
Carlson, Gaskey & Olds, P.C.
400 W. Maple, Suite 350
Birmingham, MI  48009
248-988-8360

Co-Counsel
Robert M. Mason
Mason & Petruzzi
13601 Preston Rd., 402W
Dallas, Texas  75240
972-788-1500

*Attorneys for Haute Diggity Dog, LLC*